# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-10582
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
January 13, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Miguel Angel Martinez-Segura,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-337-3

_____

Before Smith, Southwick, and Douglas, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Miguel Angel Martinez-Segura has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Segura has filed a response requesting the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10582

appointment of substitute counsel.  That request is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez-Segura's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.